AARON D. FORD
 Attorney General
RUDOLF M. D'SILVA (Bar No. 16227)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3375 (phone)
(702) 486-3768 (fax)
Email: rdsilva@ag.nv.gov

*Attorneys for Defendant James Scalley*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REYNALDO CRESPIN,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-01059-GMN-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXCUSE THE PRESENCE OF DEFENDANT JAMES SCALLEY FROM THE SETTLEMENT CONFERENCE [ECF NO. 45]** |

Plaintiff Reynaldo Crespin, by and through his pro bono counsel, Marian L. Massey Esq., and Defendant James Scalley, by and through his counsel Aaron D. Ford, Attorney General for the State of Nevada, and Rudolf M. D'Silva, Deputy Attorney General, respectfully submit the following Stipulation and Proposed Order to Excuse the Presence of Defendant James Scalley from the Settlement Conference which will be held on February 6, 2025. (ECF No. 45).

On December 2, 2024, Plaintiff filed a Stipulation and Proposed Order for the Court to set a settlement conference. *See* ECF No. 45. The following day this Court issued an Order granting the parties' stipulation and set a settlement conference for February 6, 2025. *See* ECF No. 46.

On January 29, 2025, undersigned counsel noticed that this Court's Order required the presence of defendant James Scalley. *Id*. at 3:21-22. On January 30, 2025, defense counsel emailed plaintiff's counsel, asking if she would be okay with stipulating to excuse the presence of James Scalley. On January 31, 2025, counsel for the Parties discussed this

matter during a telephone conference, and agreed that they will be able to proceed effectively with the Settlement Conference without the presence of Mr. Scalley because he has retired from employment and two representatives with authority to resolve the case will attend the Settlement Conference.

Accordingly, the Parties have stipulated and agreed to excuse the presence of Mr. Scalley at the Settlement Conference scheduled for February 6, 2025 at 2:00 p.m.

**IT IS SO STIPULATED.**

DATED this 31st day of January, 2025.

By: */s/ Marian L. Massey*
MARIAN L. MASSEY (Bar. No. 14579)
*Pro Bono Attorney for Plaintiff*

DATED this 31st day of January, 2025.
AARON D. FORD
Attorney General

By: */s/ Rudolf M. D'Silva*
RUDOLF M. D'SILVA (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 2/3/2025