**TALG, NV, LTD.**
Ismail Amin (NV Bar No. 9343)
Marian L. Massey (NV Bar No. 14579)
5852 S. Durango Dr., Suite 105
Las Vegas, NV 89113
Telephone: (702) 954-3861
Fascimile:  (949) 266-8406
iamin@talglaw.com
mmassey@talglaw.com
*Pro Bono Attorneys for Plaintiff*
*Reynaldo Crespin*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| REYNALDO CRESPIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA, NEVADA DEPARTMENT OF CORRECTIONS, H.D.S.P. MEDICAL DEPARTMENT, JAMES SCALLY, Associate Warden of High Desert State Prison, JAMIE CABRERA, Director of Nursing at High Desert State Prison, MR. ARAYSIO, Correctional Officer at High Desert State Prison, DR. MALANAGA, Physician at High Desert State Prison, DR. EVRAM, Physician at High Desert State Prison, DOES I to III, ROES I to III,<br><br>Defendants. | Case No.: 2:23-cv-01059-GMN<br><br>**STIPULATON FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rules 7-1 and 15-1(a), Plaintiff REYNALDO CRESPIN ("Crespin" or "Plaintiff") and Defendant JAMES SCALLY ("Scally") (collectively referred to as the "Parties"), by and through their respective counsel of record, and hereby stipulate and agree to allow Plaintiff to amend his pleading and file a Second Amended Complaint.

On February 6, 2025, Plaintiff's counsel emailed counsel for Mr. Scally to set a time to conduct a meet and confer in accordance with FRCP 15(a)(2) and Local Rule 15-1.  The following day, on February 7, 2025, Plaintiff's counsel provided defense counsel with a copy of the Second Amended

Complaint that Plaintiff sought leave from the Court to file in this matter. A copy the Second Amended Complaint and the exhibits referenced therein is attached as **Exhibit 1**.

On February 10, 2025, counsel for the Parties conferred regarding Plaintiff's request to file a Second Amended Complaint, which seeks leave to amend the allegations in the First Amended Complaint regarding the factual background involving the dispute as well as to assert additional causes of action against new parties. During the conference, counsel for Mr. Scally advised he was amenable to stipulating to allow Plaintiff leave to file the Second Amended Complaint.

In accordance with FRCP 15(a)(2) and Local Rule 15-1(a), the Parties stipulate and agree that Plaintiff may have leave to amend the allegations in the First Amended Complaint, and to file the Second Amended Complaint attached as **Exhibit 1**. If approved by the Court, Plaintiff shall promptly file the Second Amended Complaint in accordance with Local Rule 15-1(b).

This request is timely as it is being made before the deadline to amend pleadings as set forth in the Court's scheduling order, which is currently set as March 17, 2025. (ECF No. 43).

This request is made in good faith and not for purposes of delay.

This is the Parties' first request for leave to allow Plaintiff to file an amended pleading.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 10th day of February, 2025. | DATED this 11th day of February, 2025. |
| **TALG, NV, LTD.** | **STATE OF NEVADA**<br>**OFFICE OF ATTORNEY GENERAL** |
| /s/ Marian Massey | /s/ Rudolf D'Silva |
| Ismail Amin, Esq. (NV Bar No. 9343)<br>Marian L. Massey, Esq. (NV Bar No. 14579)<br>5852 S. Durango Dr, Suite 105<br>Las Vegas, NV 89113<br>Tel.: (702) 954-3861<br>Fax: (949) 266-8406<br>iamin@talglaw.com<br>mmassey@talglaw.com<br>*Pro Bono Attorneys for Plaintiff*<br>*Reynaldo Crespin* | Rudolf M. D'Silva, Esq. (NV Bar No. 16227)<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, Nevada 89101<br>Tel: (702) 486-3375<br>Fax: (702) 486-3773<br>rdsilva@ag.nv.gov<br>*Attorneys for Defendant*<br>*James Scally* |

DATED this 10th day of February, 2025.

**TALG, NV, LTD.**

/s/ Marian Massey
Ismail Amin, Esq. (NV Bar No. 9343)
Marian L. Massey, Esq. (NV Bar No. 14579)
5852 S. Durango Dr, Suite 105
Las Vegas, NV 89113
Tel.: (702) 954-3861
Fax: (949) 266-8406
iamin@talglaw.com
mmassey@talglaw.com
*Pro Bono Attorneys for Plaintiff*
*Reynaldo Crespin*

DATED this 11th day of February, 2025.

**STATE OF NEVADA**
**OFFICE OF ATTORNEY GENERAL**

/s/ Rudolf D'Silva
Rudolf M. D'Silva, Esq. (NV Bar No. 16227)
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Tel: (702) 486-3375
Fax: (702) 486-3773
rdsilva@ag.nv.gov
*Attorneys for Defendant*
*James Scally*

**IT IS SO ORDERED.**

Dated this  24  day of February, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT