AARON D. FORD
  Attorney General
RUDOLF M. D'SILVA (Bar No. 16227)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3375 (phone)
(702) 486-3768 (fax)
Email: rdsilva@ag.nv.gov

*Attorneys for Defendant James Scally*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REYNALDO CRESPIN, | Case No. 2:23-cv-01059-GMN-DJA |
| Plaintiff, | |
| v. | **ORDER TO EXTEND RESPONSIVE PLEADING DEADLINE [FIRST REQUEST]** |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

Plaintiff Reynaldo Crespin, by and through his pro bono counsel, Marian L. Massey Esq., and Defendant James Scally, by and through his counsel Aaron D. Ford, Attorney General for the State of Nevada, and Rudolf M. D'Silva, Deputy Attorney General, respectfully submit the following Stipulation and Order to Extend Responsive Pleading Deadline to respond to Plaintiff's Second Amended Complaint to March 21, 2025.

///
///
///
///
///
///
///
///

Page **1** of **2**

On February 25, 2025, Plaintiff filed a Second Amended Complaint (SAC). Defendant inadvertently calendared the deadline to file a responsive pleading twenty-one days from the filing of the SAC instead of fourteen days as required by Fed. R. Civ. P. 15. In addition, Defendants require additional time to verify if they will be able to accept service on behalf of several defendants named in the SAC or alternatively provide Plaintiff with the last known addresses of defendants the Office of the Attorney General (OAG) is unable to accept service for. As such, the Parties have stipulated to allow Defendants until **March 21, 2025**, to respond to Plaintiff's SAC.

**IT IS SO STIPULATED.**

DATED this 13th day of March, 2025.

By: */s/ Marian L. Massey*
MARIAN L. MASSEY (Bar. No. 14579)
*Pro Bono Attorney for Plaintiff*

DATED this 13th day of March, 2025.
AARON D. FORD
Attorney General

By: */s/ Rudolf M. D'Silva*
RUDOLF M. D'SILVA (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 3/14/2025