**TALG, NV, LTD.**
Ismail Amin (NV Bar No. 9343)
Marian L. Massey (NV Bar No. 14579)
5852 S. Durango Dr., Suite 105
Las Vegas, NV 89113
Telephone: (702) 954-3861
Fascimile:  (949) 266-8406
iamin@talglaw.com
mmassey@talglaw.com
*Pro Bono Attorneys for Plaintiff*
*Reynaldo Crespin*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| REYNALDO CRESPIN, an individual, | Case No.: 2:23-cv-01059-GMN-DJA |
| Plaintiff, | |
| v. | **ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR VIRTUAL VISITATION WITH COUNSEL (ECF NO. 53)** |
| NEVADA DEPARTMENT OF CORRECTIONS, HIGH DESERT STATE PRISON, JAMES SCALLY, Associate Warden of High Desert State Prison, MR. ARAYSIO, Correctional Officer at High Desert State Prison, THEODORO MANALANG, Nurse Practitioner at High Desert State Prison, MIRIT AVRAM, Physician at High Desert State Prison, RYAN VANDENBUSH, Associate Warden of High Desert State Prison, DANIEL NORRBOM, Psychologist at High Desert State Prison, JOSHUA PADILLA, Correctional Officer at High Desert State Prison, MR. SMITH, Correctional Case Worker at High Desert State Prison, RICHARD HOUCK, Correctional Case Worker at High Desert State Prison, DOES I to III, and ROES I to III, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Reynaldo Crespin ("Plaintiff"), by and through his *pro bono* counsel, Marian L. Massey Esq., and Defendant James Scally, by and through his counsel Aaron D. Ford, Attorney General for the State of Nevada, and Rudolf M. D'Silva, Deputy Attorney General, respectfully submit the

1

following Stipulation and Order to Extend the Deadline to File Plaintiff's Reply in Support of the Motion for Virtual Visitation with Counsel (ECF No. 53) to March 17, 2025.

Plaintiff filed a Motion for Virtual Visitation with Counsel (the "Motion") on February 21, 2025. *See* ECF N0. 53. Defendant filed a Response to the Motion on March 7, 2025 (the "Response") on March 7, 2025. *See* ECF No. 59. On March 14, 2025, Plaintiff's *pro bono* counsel prepared the Reply in Support of the Motion (the "Reply") along with an Appendix to the Reply (the "Appendix") for filing at approximately 10:00 p.m.[1] *Pro bono* counsel attempted to file the Reply and Appendix into the Court's electronic filing system for approximately forty (40) minutes, but was unable to submit the filings due to unknown issues. *Pro bono* counsel contacted Defendant's counsel at 10:41 p.m. on March 14, 2025 to explain the difficulties counsel was experiencing, to attach a copy of the Reply and Appendix for Defendant's counsel's review, and to request a brief extension to file the Reply on Monday, March 17, 2025. Defendant's counsel agreed to the extension.  As such, the Parties have stipulated to allow Plaintiff until March 17, 2025, to respond to file Plaintiff's Reply and Appendix. This Stipulation is supported by good cause and excusable neglect, and is not made for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 16th day of March, 2025.              DATED this 16th day of March, 2025.

**TALG, NV, LTD.**                                                    **STATE OF NEVADA**
                                                                               **OFFICE OF ATTORNEY GENERAL**

*/s/ Marian L. Massey*                                           */s/ Rudolf M. D'Silva*
Ismail Amin, Esq. (NV Bar No. 9343)                  Rudolf M. D'Silva, Esq. (NV Bar No. 16227)
Marian L. Massey, Esq. (NV Bar No. 14579)     1 State of Nevada Way, Suite 100
5852 S. Durango Dr, Suite 105                          Las Vegas, Nevada 89119
Las Vegas, NV 89113                                          Tel: (702) 486-3375
Tel.: (702) 954-3861                                             Fax: (702) 486-3768
Fax: (949) 266-8406                                            rdsilva@ag.nv.gov
iamin@talglaw.com                                            *Attorneys for Defendant James Scally*
mmassey@talglaw.com
*Attorneys for Plaintiff Reynaldo Crespin*

---

[1] Unfortunately, *pro bono* counsel had other filings due in a separate case on March 14, 2025, and was unable to finalize the Reply until after those filings were completed at approximately 6:45 p.m. All staff members were asked to go home once those filings were submitted.

**IT IS THEREFORE ORDERED** that the parties' stipulation (ECF No. 66) is **GRANTED.** The deadline for Plaintiff to file his reply in support of his motion for virtual visitation (ECF No. 53) is extended to March 17, 2025.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 18, 2025