# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REYNALDO CRESPIN,

            Plaintiff,

vs.

NEVADA DEPARTMENT OF CORRECTIONS, *et al.*

            Defendants.

Case No.: 2:23-cv-01059-GMN-DJA

**ORDER**

Pending before the Court is the Motion to Seal Document, (ECF No. 57), filed by Plaintiff Reynaldo Crespin. Plaintiff's Motion asks the Court to seal Defendant's Response to the Order to Show Cause, (ECF No. 52). A party seeking to seal a document related to a non-dispositive motion must meet the "good cause" standard set forth by Federal Rule of Civil Procedure 26(c). *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1128-1130 (9th Cir. 2003); *see also Kamakana v. City & County of Honolulu,* 447 F.3d 1172, 1180 (9th Cir. 2006).

The Court finds that, though Plaintiff has not met the burden of showing that the entire documents should be sealed, there is good cause to redact the portions of the Response containing confidential information from the parties' settlement conference consistent with Local Rule 16-5. LR 16-5 ("Unless agreed to by the parties or ordered by the court, no disclosure may be made to anyone, including the judicial officer to whom the case is assigned, of any confidential dispute-resolution communication that reveals the parties' dispute-resolution positions . . . ."). And because Defendant's Objection to the Magistrate Judge's Order, (ECF No. 70), also contains confidential information from the parties' settlement conference, Defendant is ordered to file a redacted version of that Objection consistent with Local Rule 16-5.

///

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Seal, (ECF No. 57), is **GRANTED, in part, and DENIED, in part.** Plaintiff's Motion is granted to the extent it seeks to redact Defendant's Response. The Clerk of Court is kindly directed to seal ECF No. 52, and file Exhibit 1 to Plaintiff's Motion to Seal, (ECF No. 57-1), on the docket.

**IT IS FURTHER ORDERED** that Defendant file a redacted version of its Objection to Magistrate Judge Order, (ECF No. 70), consistent with Local Rule 16-5.  The Clerk of Court is kindly directed to seal ECF No. 70.

Dated this __23__ day of April, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court