AARON D. FORD
  Attorney General
RUDOLF M. D'SILVA (Bar No. 16227)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3375 (phone)
(702) 486-3768 (fax)
Email: rdsilva@ag.nv.gov

*Attorneys for Defendants*
*The Nevada Department of Corrections*
*Jeremey Bean, Benu Clark, Ryan Griffith,*
*Ledesma Coronel, John Henley,*
*Daniel Norrbom, Romain Smith,*
*James Scalley, Brian Williams,*
*Kenneth Williams and Ryan Vandenbusch*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REYNALDO CRESPIN, | Case No. 2:23-cv-01059-GMN-DJA |
| Plaintiff, | **ORDER RE:** |
| v. | **DEFENDANTS' MOTION TO EXTEND THIS COURT'S DEADLINE IN ECF NO. 110 (FIRST REQUEST)** |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

Defendants, by and through Aaron D. Ford, Attorney General for the State of Nevada, and Rudolf M. D'Silva, Deputy Attorney General, respectfully request to extend the deadline to comply with this Court's Order in ECF No. 110 by **seven (7) days or until November 10, 2025**.

I.    **BACKGROUND**

On June 3, 2025, this Court issued an Order, ordering Parties to file a stipulation either to (1) reinstate discovery and extend discovery deadlines if necessary; or (2) extend the discovery deadline. ECF No. 94 at 5:15-17. On July 28, 2025, the Parties met and conferred. ECF No. 99-1 at 2:3-5. Plaintiff Reynaldo Crespin (Crespin) informed defense counsel that he did not want to enter into any agreements without first retaining counsel

1  and declined speaking about this lawsuit, other than indicating he would like to represent
2  himself. *Id*. at 2:10-15.

3        On August 4, 2025, Defendants filed a Notice Regarding This Court's Order in ECF
4  No. 94, notifying the Court that the Parties did not come to an agreement regarding this
5  Court's Order in ECF No. 94. *See* ECF No. 99. On the same day, Crespin filed a Motion to
6  extend the deadline to reinstate discovery. ECF No. 101. This Court granted Crespin's
7  motion to extend time and ordered that by November 3, 2025, the parties either file: (1) a
8  stipulation to reinstate discovery and extend the discovery deadline if necessary; or (2) a
9  stipulation to extend the discovery stay. ECF No. 110 at 2:12-16.

10       Defense counsel scheduled a call to speak with Crespin on October 30, 2025, at
11 1:30p.m. Exhibit A – Declaration of Deputy Attorney General Rudolf D'Silva at 2:4-6. On
12 this day, while focusing on completing a motion for summary judgment in a different case,
13 defense counsel inadvertently missed the time slot to call Crespin. *Id*. at 2:7-9. By the time
14 defense counsel realized he did not call Crespin, the time slot to call him had passed. *Id*. at
15 2:10-11. Undersigned counsel immediately contacted Northern Nevada Correctional
16 Center (NNCC), where Crespin is currently housed, to see if a call could be scheduled with
17 him by noon of November 3, 2025. *Id*. at 2:12-13. Defense counsel was informed that soonest
18 NNCC could reschedule a call between defense counsel and Crespin was 7:30am, November
19 4, 2025. *Id*. at 2:14-16. As such, defense counsel has a call scheduled with Crespin to discuss
20 this Court's Order in ECF No. 110 on November 4, 2025, at 7:30am. *Id*. at 2:17-18.

21 **II.  LEGAL STANDARD**

22       When an act may or must be done within a specified time, the court may, for good
23 cause, extend the time with or without motion or notice if the court acts, or if a request is
24 made, before the original time or its extension expires. Fed R. Civ. P 6(b)(1)(A). To
25 determine whether a party's failure to meet a deadline constitutes excusable neglect, as
26 would warrant extension of time to act, the court must apply a four-factor equitable test,
27 examining: (1) the danger of prejudice to the opposing party; (2) the length of the delay and
28 its potential impact on the proceedings; (3) the reason for the delay; and (4) whether the

movant acted in good faith. *Ahanchian v. Xenon Pictrues, Inc.*, 624 F.3d 1253, 1261 (9th Cir. 2010).

### III. LEGAL ANALYSIS

Good cause exists for Defendants request to extend time the deadline to comply with this Court's Order in ECF No. 110 to **November 10, 2025.** Defendants are requesting only a weeklong extension. This short amount of time is unlikely to prejudice or delay either party in this matter.

Additionally, good faith for requesting this extension is present as a call was scheduled for the parties to meet and confer on October 30, 2025. When defense counsel learned that he inadvertently missed calling Crespin at the scheduled time on this date, he immediately scheduled a call with Crespin at the next earliest time. The Parties are scheduled to meet and confer 7:30am on November 4, 2025, only one day after this Court's deadline in ECF No. 110.

### IV. CONCLUSION

For the reasons above, Defendants respectfully request to extend the time to comply with this Court's Order in ECF No. 110, by **seven (7) days or until November 10, 2025.**

DATED this 3rd day of November 2025.

>
> AARON D. FORD
> Attorney General
>
> By: /s/ Rudolf M. D'Silva
>     RUDOLF M. D'SILVA (Bar No. 16227)
>     Deputy Attorney General
>     *Attorneys for Defendants*

Good cause appearing therein, **IT IS SO ORDERED**.

DATED: 11/6/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on November 3, 2025, I electronically filed the foregoing **DEFENDANTS' MOTION TO EXTEND THIS COURT'S DEADLINE IN ECF NO. 110 (FIRST REQUEST)** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

> Reynaldo Crespin (#1260528)
> Northern Nevada Correctional Center
> PO Box 7000
> Carson City, NV 89702
> *Pro Se*

/s/ *Jamile Vazquez*
Jamile Vazquez, an employee of the
Office of the Nevada Attorney General

# EXHIBIT A

DECLARATION OF DAG RUDOLF M. D'SILVA

# EXHIBIT A

AARON D. FORD
  Attorney General
RUDOLF M. D'SILVA (Bar No. 16227)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3375 (phone)
(702) 486-3768 (fax)
Email: rdsilva@ag.nv.gov

*Attorneys for Defendants*
*The Nevada Department of Corrections*
*Jeremey Bean, Benu Clark, Ryan Griffith,*
*Ledesma Coronel, John Henley,*
*Daniel Norrbom, Romain Smith,*
*James Scalley, Brian Williams,*
*Kenneth Williams and Ryan Vandenbusch*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REYNALDO CRESPIN, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF NEVADA, *et al.*, <br><br> Defendants. | Case No.  2:23-cv-01059-GMN-MDC <br><br> **DECLARATION OF DEPUTY ATTORNEY GENERAL RUDOLF M. D'SIVAL** |

I, Rudolf M. D'Silva, hereby declare based on personal knowledge and/or information and belief, that the following assertions are true.

1. I am over the age of 18 and otherwise fully competent to testify to the facts contained in this declaration.

2. I am currently employed as a Deputy Attorney General for the State of Nevada and work in the Public Safety Division with the Nevada Department of Corrections (NDOC).

3. I am currently the attorney of record for this case, case number 2:23-cv-01059-GMN-MDC, *Reynaldo Crespin v. State of Nevada et al.*, for Defendants The Nevada

Page **1** of **2**

Department of Corrections, Jeremey Bean, Benu Clark, Ryan Griffith, Ledesma Coronel, John Henley, Daniel Norrbom, Romain Smith, James Scalley, Brian Williams, Kenneth Williams, and Ryan Vandenbusch.

4. A phone call was scheduled between myself and Reynaldo Crespin (Crespin) NDOC # 1260528 – an incarcerated individual housed at Northern Nevada Correctional Center (NNCC) – at 1:30p.m. on October 30, 2025.

5. On October 30, 2025, I was working on drafting and completing a motion for summary judgment in a different case which I am assigned to. While working on this motion I lost track of time and forgot to call NNCC at 1:30p.m. to speak with Crespin.

6. By the time I realized I had missed calling Crespin it was approximately 4:00p.m. that same day.

7. Upon realizing that I had not called Crespin, I immediately contacted NNCC and asked if it was possible to schedule a call with Crespin by noon on November 3, 2025. I was informed that the earliest date that NNCC could reschedule Crespin's call with me was 7:30a.m. on November 4, 2025. As such, I scheduled a call with Crespin for November 4, 2025 at 7:30a.m.

8. A call is currently scheduled between myself and Crespin at 7:30a.m. on November 4, 2025.

Furthermore, I declare under penalty of perjury pursuant to 28 U.S.C. section 1746 that the foregoing is true and correct.

EXECUTED this 3rd day of November, 2025.

/s/ *Rudolf M. D'Silva*
Rudolf M. D'Silva